Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Case No. **CV 224-092**
(to be filled in by the Clerk's Office)

Plaintiff(s): _Shakia Fields_

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one) ☐ Yes ☒ No

-v-

Defendant(s): _IQFXOPTIONS "See attached"_

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

FILED U.S. DISTRICT COURT BRUNSWICK DIV. 2024 JUL 26 P 12:47 CLERK SO. DIST. OF GA.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- **Name**: Shakia Fields
- **Address**: 2411 Bartow St
  - City: Brunswick
  - State: GA
  - Zip Code: 31520
- **County**: Glynn
- **Telephone Number**: 708-821-2058
- **E-Mail Address**: Fields.Shakia@yahoo.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Iqfxoptions
- Job or Title (if known):
- Address:
  - City:
  - State:
  - Zip Code:
- County:
- Telephone Number:
- E-Mail Address (if known):
- [ ] Individual capacity   [X] Official capacity

**Defendant No. 2**
- Name: Beatrice Jacob
- Job or Title (if known):
- Address:
  - City:
  - State:
  - Zip Code:
- County:
- Telephone Number:
- E-Mail Address (if known):
- [ ] Individual capacity   [X] Official capacity

Defendant No. 3
Name: Rimo Carl
Job or Title (if known):
Address:
City / State / Zip Code
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity   [X] Official capacity

Defendant No. 4
Name: Blundell James
Job or Title (if known):
Address:
City / State / Zip Code
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity   [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Online

B. What date and approximate time did the events giving rise to your claim(s) occur?

Over a period of time between 2020 - Now

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I invested money into bitcoin with a platform named IQfxOptions I was requested by representatives of Iqfxoptions to pay fees in order to withdraw my profit. I have paid $78,915 in fees and Iqfxoptions will not wire me the profit of $3,000,000.00 Im told I have earned. Ceo of iqfxoptions Blundell James request I pay $800.00 more.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want the court to Arrest Ceo Blundell James For fraud and force IQFXOptions to pay me my profit of $3,000,000.00 plus pain and suffering and Legal fees for their lies and games of my money I Invested. I want the court to help me to identify all parties of IqfXoptions true Identity as well.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 26, 2024

Signature of Plaintiff   *Shakia Fields*
Printed Name of Plaintiff   Shakia Fields

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

          *City*     *State*     *Zip Code*

Telephone Number
E-mail Address

Defendant:

IQFX OPTIONS.      -      Address unknown

Beatrice Jacob    -      Address unknown

Rimo Carl         -      Address unknown

Blundell James    -      Address unknown

Telegram    -  Business Central Towers, Tower A, office 1003/1004, P.o.box 501919, Dubai United Arab Emirates

Whats App   -  1601 Willow Rd, Menlo Park Rd, CA 94025

Google Chats - 1600 Amphitheatre Parkway, Mountain View, CA 94043

Luno.Com - Paul St, 3rd floor, 86-90 London, EC2A 4NE, United Kingdom

Kucoin.Com - Kucoin.com/legal/Requests

Babylon Solutions Limited / Remitano - 5 Deer Park Ave. Babylon, NY 11702

Aux Cayes Fintech Co. Ltd / Okex - Le - okexseychelles@okex.com

Bithumb Korea Co. Ltd - 15-16th Floor, 124 Teheran-ro, Gangnam-gu, Seoul

Binance Markets Limited - The Gridiron Building 1 Pancras Square King Cross London, N1C 4AGN 1 C4AG United Kingdom

All Exchanges Can be Served Online As well

UNITED STATES DISTRICT COURT

| | |
|---|---|
| PLAINTIFF ) | |
| ) | |
| **SHAKIA FIELDS** ) | |
| ) | |
| V. ) | |
| ) | CIVIL CASE NO. |
| ) | |
| DEFENDANT ) | |
| ) | |
| IQFXOPTIONS ) | |
| BEATRICE JACOB ) | |
| RIMO CARL ) | |
| BLUNDELL JAMES ) | |
| TELEGRAM ) | |
| WHATS APP ) | |
| GOOGLE CHATS ) | |
| LUNO.COM ) | |
| KUCOIN.COM ) | |
| BABYLON SOLUTIONS LIMITED | |
| AUX CAYES FINTECH CO. LTD./OKEX | |
| BITHUMB KOREA CO.LTD | |
| BINANCE MARKETS LIMITED | |

### SUMMARY OVERVIEW:

1. For over 3 years, **IQFX Options**, which purported to be a legitimate exchange, defrauded Ms. Fields, out of approximately $78,915

2. Ms.Shakia Fields is a individual who resides in Georgia

3. **IQFX Options** is a foreign exchange who purports to be a foreign exchange platform with the domain name **iqfxoptions.co.uk** and **iqfxoptions.com** and has represented itself as being located in the UK.

### Facts:

4. In July 2020, Ms. Shakia Fields found a platform online, **IQFX Options** and invested approximately $2,000 cash value of bitcoin.

5. Ms. Fields was assigned an account manager named Beatrice Jacob and later Rimo Carl. Ms. Fields was assured by Beatrice Jacob that the $2,000 bitcoin would be used to trade crypto and that the company would generate returns for Ms. Fields.

6. In July 2020 Ms. Shakia Fields was emailed by **IQFX Options,** that she had generated $389,897 in profit and in order to withdraw the profit she needed to pay fees in Bitcoin.

7. Ms.Shakia Fields began paying a series of fees approximately $78,915.00 over a three year period.

8. In October of 2023 Ms. Shakia Fields texted Beatrice Jacob in whats app stating she wanted to withdraw the profit. Beatrice Jacob instructed Ms. Shakia Fields to pay $2,000 bitcoin fee and profit will be wire transfer to Ms. Shakia Fields bank account.

9. Ms.Shakia Fields paid the fee, and Beatrice Jacob did not pay Ms.Shakia Fields profit.

10. In October 2023 Ms.Fields was contacted by a iqfxoptions employer through Google chat Rimo Carl stating profit will be withdraw. Rimo Carl told Ms. Fields the profit was $843,389 and Ms. Shakia Fields needed to pay a $300 cot fee. Ms. Shakia Fields paid the $300 cash value of bitcoin and Rimo Carl says the payment was lost.

11. Ms. Shakia Fields paid the $300 cot fee again as Rimo Carl suggested, in order to withdraw the $843,389.

12. Rimo Carl texted Ms.Shakia Fields stating there was a glitch and the payroll system had been hacked and that Ms. Fields needed to pay $1,350 then later to $750 in order to withdraw a profit of $843,389. Ms. Fields did not pay the fee.

13. After paying the fee to **IQFX Options** on January 30, 2023 Beatrice Jacob gave Ms.Shakia Fields excuses for why she could not wire transfer the $473,220 in which Beatrice Jacob added a bonus to the profit amount And instructed Ms.Shakia Fields to open a Online account with trust bancorp.inc, so that Ms. Fields could wire the profit of $473,220 herself to Ms. Fields bank account.

14. Ms. Shakia Fields complied and was greeted with an email to pay $500- $1000 in bitcoin before the account can be opened. Ms. Shakia Fields requested that the $1,050 wire transfer fee be taken out of the profit and the remaining balance be wired to chase bank account.

15. Beatrice Jacob and Rimo Carl both told Ms.Shakia Fields that deductions are not allowed from the profit and that the Fee of $1,050 needed to be paid and the fee of $750 needed to be paid.

16. Ms.Shakia Fields has repeatedly asked for the profit from both Beatrice Jacob, Rimo Carl and CEO Blundell James Ms. Fields was called racial slurs and told to pay fees and we don't care about your words you will suffer and lose everything, and the courts can not help you.

17. Beatrice Jacob communicated with Ms. Shakia Fields through What's app June 2024 stating the money Ms.Fields invested has made $1.4 million dollars Shakia Fields was later introduced to a individual who says he is the CEO Blundell James of iqfxoptions and that he would pay Ms. Fields the profit of $3,000,000.00 Ceo Blundell James requested Ms. Fields to pay $700.00 international fee and he, would wire $3,000,000.0 to Ms. Shakia Fields account. Ms. Fields paid the $700 fee, June 2024 Ceo Blundell James did not pay Ms. Shakia Fields the profit, instead requested more fees be paid upfront.

18. Ceo Blundell James communicated with Ms. Shakia Fields through Google chats & Telegram and stated that he fired Beatrice Jacob, Agent Kelly and Rimo Carl for fraud.

19. Ms.Shakia Fields hired a company called pay back to investigate and trace the bitcoin payments and found out the names of the exchanges used to withdraw the bitcoin, through this investigation company, Ms. Shakia Fields was told that Beatrice Jacob, Rimo Carl and CEO James Blundell are apart of a multi layered crypto scam organization.

## Count 1 Fraudulent Inducement

20. By acts of omission and commission, Iqfx, Beatrice Jacob Rimo Carl Ceo James blundell made false statements of material facts about plaintiffs investment with them.

21. **IQFX Options,** Beatrice Jacob Rimo Carl and James Blundell knew that these statements were false at the time they were made, and **IQFX Options** intended that the plaintiff would be induced to invest with them by relying upon these statements and fact.

22. As a direct and proximate result of their reliance upon the plaintiff statements, the plaintiff suffered financial damage and emotional distress.

## Count 2 Fraud

23. **Iqfx**, Beatrice JacobRimo Carl and Ceo James Blundell, made false material representations to Plaintiff with the knowledge of their falsity or with reckless disregard of the truth with the intention that such representations would be acted upon by plaintiff, and plaintiff relied on these representations to their detriment. As a proximate result of such fraud, plaintiff sustained the damages described herein.

24. For these reasons, Iqfx's actions were fraudulent and resulted in damages to plaintiff of more than $78,915 the value of cash and cryptocurrency that plaintiff transmitted to **IQFX.**

## Count 3
## Breach of Fiduciary Duty

25. **IQFX,** Beatrice Jacob Rimo Carl and CEO James Blundell possessed superior knowledge about the investment protocol that they touted and investments into it.

26. Plaintiff reposed trust and confidence in IQFX, Beatrice Jacob, Rimo Carl and CEO James Blundell

27. **IQFX,** Beatrice Jacob, Rimo Carl and CEO James Blundell undertook a relationship fundamentally built on trust and assumed a duty to advise, counsel, and protect the plaintiff with respect to her investment.

28. **IQFX,** Beatrice Jacob Rimo Carl and CEO James Blundell owed a duty to the plaintiff to secure her funds.

29. **IQFX,** Beatrice Jacob and Rimo Carl owed a duty to the plaintiff to disclose material information.

30. **IQFX,** Beatrice Jacob, Rimo Carl and CEO Blundell James owed a duty to the plaintiff not to make false statements or create false impressions.

31. **IQFX,** Beatrice Jacob, Rimo Carl and Blundell James owed a duty to put plaintiffs' interest ahead of their own.

32. **IQFX,** Beatrice Jacob, Rimo Carl and CEO Blundell James violated their fiduciary duties by providing false information,to plaintiff, improperly advising plaintiff, failing to protect plaintiffs investments, failing to secure plaintiffs investments, failing to disclose material information, making false statements and creating damages financially and emotional stress to plaintiff.

Count 4
Computer Fraud and Abuse Act "(CFAA)"

33. Iqfx, Beatrice JacobRimo Carl, and CEO Blundell James knowing and intentionally accessed a protected computer without authorization and with a intent to fraud. specifically, Iqfx accessed plaintiff's electronic funds and accounts for unauthorized purpose uses. In addition; Iqfx knowing and intentionally cause a protected computer to be accessed in a unauthorized manner and/ or in a manner that exceeded the authorizayaccess, and with an intent to defraud.

34. Through such conduct, Iqfx, Beatrice Jacob, Rimo Carl, and ceo Blundell James furthered the intenteded fraud and obtain things of value - specifically $78,915 of cash and cryptocurrency.

35. Iqfx, Beatrice Jacob and Rimo Carl, unauthorized access and scheme to defraud was across state line and accomplished using the internet, which was in interstate and foreign commerce and communications.

36. The protected computers were used in interstate and foreign commerce and communications. To the extent that the protected computers were located outside of the United States, they were used in a manner that affects interstate and foreign commerce and communications in the United States.

37. Iqfx, Beatrice Jacob, Rimo Carl, and CEO Blundell James conduct had caused other damages and loss to the plaintiff.

38. Iqfx, Beatrice Jacob, Rimo Carl,and CEO Blundell James activities constitute a violation of the CFAA. 18 U.S.C/ 1030(a)(4)

Count 5
Violation of section 12(a)(1) and 15 (a) of the Securities Act

39. Section 12 (a)(1) grants plaintiff a private right of action against any person who offers or sells a security in violation of section 5, and states that such person:

Shall be liable… to the person purchasing such security from him, who may sue either at law or in equity in any court of competent jurisdiction, to recover the consideration or such security with interest there on, less the amount of any income recovered thereon, upon the tender of such security, or for damages if he no longer owns the security.

40. Section 5 requires that non - exempt securities be registered with the SEC. Iqfx did not register any security at issue with the SEC, and no Security at issue was exempt.

41. Under the Securities Act, a "security" is defined as including any "investment contract," or "instrument commonly known as a "security." See 15 U.S.C. 77(b)(a)(1).

42. The accounts established with Iqfx constitue a investment contract, as did the currency that Iqfx purported to purchase and sell with respect to that account. In SEC v. W. J. Honey Co., the United States Supreme Court established a three-part test to determine whether an offering, contract, transaction, or scheme constitutes an investment. Under the test articulated in Howey, a contract, transaction, or scheme is an "investment contract" if it involves: (i) the investment of money; (ii) in a common enterprise; (iii) with the expectation of profits to come solely from the efforts of others.

43. Plaintiffs join investment of cryptocurrency or fiat currency constitutes an investment of money for purposes of determining whether an investment involved a security.

44. Plaintiff was investing in a common enterprise with Iqfx, as the cryptocurrency and fiat currency were pooled under the control of Iqfx, and the success of the investments was entirely reliant on Iqfx.

45. Throughout the relationship, Iqfx unlawfully made use of means or instruments of transportation or communication in interstate commerce or of the the mails for the purposes of, offering, selling, or delivering unregistered securities in violation of the Securities Act.

46. As Iqfx participated in the offer and sale of unregistered securities in violation of the Securities Act, they are liable to plaintiffs for rescission and/ or compensatory damages. Due to his/her position of control (or the fact that his actions were taken directly), Iqfx is liable under Section 15(a) of the Securities Acts for the actions described herein.

## Count 6
## Unjust Enrichment

47. Under Georgia Law, a person is unjustly enriched when he/she obtains a benefit from another by fraud, duress, or the taking of an undue advantage. One who receives benefits, even passively, which would be unjust to retain must make restitution for those benefits.

48. Iqfx, Beatrice Jacob, Rimo Carl, and Ceo Blundell James obtained benefits from plaintiff- namely, more than $78,915 of virtual currency- by fraud and taking of an undue

advantage. As such, Iqfx has been unjustly enriched and should be ordered to make restitution for all such amounts.

48. The plaintiff suffered financial loss, emotional distress and has been in therapy due to to the malicious fraud, and Lies from Iqfxoptions, Beatrice Jacob Rimo Carl and Ceo Blundell Jame.

49. Plaintiff repeats and realleges each and every allegation as set forth inclusive, and incorporates them herein by this reference.

Prayer for Relief:

WHEREFORE, Plaintiff respectfully request that this Court:

50. Obtain Search warrants from the following:

Crypto Exchanges with cross border mutual legal assistance treaty documents, to obtain account owners details, Meta (What's app), Google chats, Telegram, Internet Service Providers, documents etc, Ip addresses and beneficiary bank accounts, for identifying the defendants true identity. Freeze crypto assets and beneficiary bank accounts, of account owners.

51. Award profit of $3,000,000.00 or such greater amount as shall be proven.

52. Award Exemplary damages of $2,000,000.00

53. Award attorneys fees and expenses incurred.

54. Award pre- and post judgements interests, cost incurred, and such other and further relief as the court seem just and proper.

55. Award criminal charges for willfully and knowingly fraudulently taking part in the illegal activities of Fraud.

Dated this 23rd day of July, 2024
Respectfully Submitted