**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

SHAKIA FIELDS,

      Plaintiff,

      v.

IQ FX OPTIONS, et al.,

      Defendants.

CIVIL ACTION NO.: 2:24-cv-92

**O R D E R**

Plaintiff has submitted a Complaint, alleging Defendants defrauded her, breached a fiduciary duty, violated certain provisions of the Securities Act, and were unjustly enriched. Doc. 1.  Plaintiff also filed a Motion for Leave to Proceed *in Forma Pauperis*.  Doc. 2.  After reviewing Plaintiff's Motion, the Court finds Plaintiff meets the requirements set forth in 28 U.S.C. § 1915.  Accordingly, the Court **GRANTS** Plaintiff leave to proceed *in forma pauperis*.

Because the Court has granted Plaintiff leave to proceed in this case *in forma pauperis* under 28 U.S.C. § 1915, service must be effected by the United States Marshal.  Fed. R. Civ. P. 4(c)(3).  A copy of Plaintiff's Complaint and a copy of this Order shall be served upon Defendants by the United States Marshal without prepayment of cost.  In most cases, the marshal will first mail a copy of the complaint to a defendant by first-class mail and request the defendant waive formal service of summons.  Fed. R. Civ. P. 4(d); Local R. 4.5.  A defendant has a duty to avoid unnecessary costs of serving the summons, and any defendant who fails to comply with the request for waiver must bear the costs of personal service, unless good cause can be shown for

the failure to return the waiver.  Fed. R. Civ. P. 4(d).  Generally, a defendant who timely returns

the waiver is not required to answer the complaint until 60 days after the date the marshal sent

the request for waiver.  Fed. R. Civ. P. 4(d)(3).

While this action is pending, Plaintiff **shall** immediately inform this Court of any change

of address.  Failure to do so will result in dismissal of this case, without prejudice.  In addition,

the Court advises Plaintiff service of her Complaint upon the named entities is ultimately her

responsibility.  Even though Plaintiff has been permitted to proceed *in forma pauperis* and the

Court has directed the Marshals Service to effect service, Plaintiff should assist the Marshals

Service, if the Marshals Service require additional information for service purposes.  The Court

**DIRECTS** the Clerk of Court to provide Plaintiff with a copy of Federal Rule of Civil Procedure

4, along with this Order.

**SO ORDERED**, this 30th day of July, 2024.


_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2