# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | |
|---|---|
| SHAKIA FIELDS,<br><br>    Plaintiff,<br><br>v.<br><br>IQFXOPTIONS; BEATRICE JACOB; RIMO CARL; BLUNDELL JAMES; TELEGRAM; WHATS APP; LUNO.COM; KUCOIN.COM; BABYLON SOLUTIONS LIMITED; AUX CAYES FINTECH CO. LTD/OKEX; BITHUMB KOREA CO. LTD; and BINANCE MARKETS LIMITED,<br><br>    Defendants. | CV 2:24-092 |

### ORDER

On February 3, 2025, the Court Ordered Plaintiff to show cause why she has not effected service on Defendants in this case. Dkt. No. 21. The Court warned Plaintiff that her "failure to adequately respond to this Order will result in the dismissal of this case." Id. Plaintiff has filed no response, and the time for doing so has passed. Accordingly, Plaintiff's claims against Defendants are **DISMISSED** without prejudice. Fed. R. Civ. P. 4(m); 12(b)(5). The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 4 day of March, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA